UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-1631

———————

THERON J. BARTELL,

Plaintiff - Appellant,

versus

FRANCIS MARION UNIVERSITY; FRANK A. BRADDOCK,
Mr.; N. CASEY FREDERICK, Mr.; O. MITCHELL
MARTIN, Mr.; W. CALVIN THOMPSON, Mr.; THOMAS
C. STANTON, Dr.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CA-97-3819-4-22)

———————

Submitted:  July 22, 1998          Decided:  August 5, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Theron J. Bartell, Appellant Pro Se.  Vance J. Bettis, GIGNILLIAT,
SAVITZ & BETTIS, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action under the Americans with Disabilities Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bartell v. Francis Marion University</u>, No. CA-97-3819-4-22 (D.S.C. Apr. 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>